**SO ORDERED.**

**Dated: November 28, 2018**



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| BARBARA D CONEDY, | Case No.: 2:18-bk-13303-MCW |
| Debtor. | ORDER GRANTING MOTION TO VACATE DISMISSAL ORDER (REINSTATE BANKRUPTCY) |

THIS MATTER having come before the Court in the form of a Motion to Vacate the Dismissal Order and good cause appearing;

IT IS ORDERED the bankruptcy and stay as to all creditors is REINSTATED.

AS SIGNED AND DATED ABOVE